IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH KRESS,

    Plaintiff,

V.

BELMONT COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.

CASE NO. C2-09-107
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

2-17-2009
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE